NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINK TREASURE LIMITED,**
*Plaintiff-Appellant,*

AND

**DISCOVERY INTERNATIONAL CO., LTD.,**
*Plaintiff,*

v.

**BABY TREND, INC.,**
*Defendant-Appellee.*

---

2011-1607

---

Appeal from the United States District Court for the Central District of California in case no. 07-CV-0828 Judge Virginia A. Phillips.

---

## ON MOTION

---

## ORDER

Upon consideration of Link Treasure Limited's motion to dismiss its appeal,

IT IS ORDERED THAT:

    (1)  The motion is granted. The appeal is dismissed.

    (2)  Each side shall bear its own costs.

FOR THE COURT

| | |
|---|---|
| **NOV 0 3 2011** | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc:  Bryan G. Harrison, Esq.
      Edward M. Kay, Esq.
      J. Rick Tache', Esq.

s21

Issued As A Mandate:  **NOV 0 3 2011**

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**NOV 0 3 2011**

**JAN HORBALY
CLERK**